UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF |
| | : | |
| VS. | : | DEPOSIT FOR BAIL |
| | : | |
| JAISON MARTINEZ | : | RECOG. NEW3333 |
| | | Case No. DNJX210MJ003148 |
| | : | DNJX211CR000352 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Fifteen thousand dollars ($15,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 13th day of December, 2011

**ORDERED** that the sum of Five thousand dollars ($5,000.00) so deposited as aforesaid be returned to Nidelsa Gil 298 Gurside Street, Newark, NJ 07105, Five thousand dollars ($5,000.00) be returned to Deyanira Moya, 298 Gurside Street, Newark, NJ 07105 and the remaining Five thousand dollars ($5,000.00) be returned to Flor Martinez, 678 Summer Avenue, Apt. 1, Newark, NJ 07104 sureties of said recognizance.

GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT